No. 166. TOLEDO PRESSED STEEL CO. *v.* STANDARD PARTS, INC.; and

No. 167. SAME *v.* HUEBNER SUPPLY CO. October 10, 1938. Motion to defer consideration of the application for writs of certiorari in these cases, and petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit, denied. *Mr. Wilber Owen* for petitioner. *Messrs. William P. Blair* and *Will Freeman* for respondents. Reported below: 93 F. 2d 336.

No. 168. INDIANAPOLIS ET AL. *v.* CHASE NATIONAL BANK, TRUSTEE, ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE BUTLER took no part in the consideration and decision of this application. *Messrs. Floyd J. Mattice, William H. Thompson,* and *Albert L. Rabb* for petitioners. *Messrs. Howard F. Burns* and *William L. Taylor* for respondents.

No. 32. GEORGE E. WARREN CORP. *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Geo. W. Dalzell* for petitioner. *Solicitor General Jackson,* and *Messrs. Charles D. Lawrence* and *John R. Benney* for the United States.